**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| WENDY BELL, | ) | Case No. 2:16-cv-02540-JAD-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| ENHANCED RECOVERY COMPANY, LLC, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

In light of the notice of settlement, Docket No. 11, the parties shall file either a joint status report or dismissal papers by January 9, 2017.

IT IS SO ORDERED.

DATED: December 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge