1  VERNON A. NELSON, JR., ESQ.
   Nevada Bar No.: 6434
2  THE LAW OFFICE OF VERNON NELSON
   9480 S. Eastern Ave., Ste. 244
3  Las Vegas, NV  89123
   Tel.: 702-476-2500
4  Fax.: 702-476-2788
   E-mail: vnelson@nelsonlawfirmlv.com
5  *Attorney for Plaintiff Wendy Bell*

UNITED STATES DISTRICT COURT

STATE OF NEVADA

| WENDY BELL, | Case No.: 2:16-cv-02540 JAD-NJK |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| ENHANCED RECOVERY COMPANY, LLC and SPRINT PCS. | ECF No. 13 |
| Defendants. | |

IT IS STIPULATED by and between the parties, through undersigned counsel, that the above matter has been settled.  Accordingly, the matter is dismissed with prejudice, each party to bear their

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  own attorney's fees and costs.

2  DATED this  6  day of January, 2017.          DATED this  6  day of January, 2017.

3  THE LAW OFFICE OF VERNON NELSON          ARMSTRONG TEASDALE LLP

5  By:  /s/ Vernon Nelson                                 By:       /s/ Michelle D. Alarie
Vernon A. Nelson, Jr, Esq.                                Kevin R. Stolworthy, Esq.
Nevada Bar No. 6434                                       Nevada Bar No. 2798
                                                          Michelle D. Alarie, Esq.
9480 S. Eastern Avenue, Suite 244                         Nevada Bar No. 11894
Las Vegas, NV  89123                                      3770 Howard Hughes Parkway, Suite 200
Telephone:  702.476.2500                                  Las Vegas, Nevada 89169
Facsimile: 702.476.2788                                   Telephone:  702.678.5070
Email:  vnelson@nelsonlawfirmlv.com                       Facsimile:  702.878.9995
Attorneys for Plaintiff Wendy Bell                        kstolworthy@armstrongteasdale.com
                                                          malarie@armstrongteasdale.com
                                                          Attorneys for Defendants Enhanced Recovery
                                                          Company, LLC and Sprint Solutions, Inc.

## ORDER FOR DISMISSAL WITH PREJUDICE

Based on the parties' stipulation [ECF No. 13] and good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE

DATED:  1/6/17

Respectfully submitted:

THE LAW OFFICE OF VERNON NELSON

By:  /s/ Vernon Nelson
Vernon A. Nelson, Jr, Esq.
Nevada Bar No. 6434
9480 S. Eastern Avenue, Suite 244
Las Vegas, NV  89123
Telephone:  702.476.2500
Facsimile: 702.476.2788
vnelson@nelsonlawfirmlv.com
Attorneys for Plaintiff Wendy Bell